446 A.2d 603

**COMMONWEALTH of Pennsylvania**

v.

**Dean R. CHACKER.**

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided June 24, 1982.

Douglas Johnson, Asst. Public Defender, Chief, Appeals Div., Linda DiCicco, Norristown, for appellant.

Ronald T. Williamson, Chief, Appeals Div., David M. McGlaughlin, Asst. Dist. Attys., Norristown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted 273 Pa.Super. 329, 417 A.2d 674.